# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Ahjar Shat Alarab Albidhaa Co. ) ASBCA No. 59868
)
Under Contract No. W91GY3-09-M-7846 )

APPEARANCE FOR THE APPELLANT: Mr. Murtada Q. Abdul Hussein
Owner/Manager

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney ,
MAJ M. Aaron Lee, JA
Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By Order dated 14 December 2015, appellant was ordered to file with the Board a proposed schedule for further proceedings within 30 days of receipt of the Order. Appellant did not respond to this Order. By Order dated 19 January 2016, appellant was again directed to provide its proposal for further proceedings, no later than 1 February 2016. Appellant did not respond to this Order. By Order dated 17 February 2016, appellant was ordered to show cause, no later than 15 March 2016 why this appeal should not be dismissed with prejudice for failure to prosecute under Board Rule 17. Appellant also did not respond to this Order.

Each of the aforementioned Board orders was sent to appellant at the email address provided in appellant's notice of appeal to this Board.

In view of the foregoing, ASBCA No. 59868 is hereby dismissed with prejudice for failure to prosecute under Board Rule 17.

Dated: 24 March 2016

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59868, Appeal of Ahjar Shat Alarab Albidhaa Co., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2